UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>RHONDA MARIE RIDLEY | No. 1:14-MC-17-MJS<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY** |

Rhonda Marie Ridley, having been summoned for jury duty in this District on February 25, 2014, and March 4, 2014, and not having appeared for same, is hereby ORDERED TO APPEAR before Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on April 4, 2014 at 9:30 a.m., and Show Cause why she should not be held in contempt for failure to appear as summoned and comply with her jury service obligations.

Said Rhonda Marie Ridley is advised that any person who fails to show good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof.  28 U.S.C. Section 1866 (g).  **The Clerk's Office is directed to**

1  **forward a copy of this Order to Show Cause to the address on file for Rhonda**
2  **Marie Ridley.**

4  IT IS SO ORDERED.

5  Dated: __March 14, 2014__                    /s/ *Michael J. Seng*
6                                                          UNITED STATES MAGISTRATE JUDGE